IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02117-WYD-BNB

MCDEAL INVESTMENTS, LLLP, a Colorado limited liability limited partnership,

Plaintiff,

v.

CHINA MOTOR CORPORATION, an Arizona corporation,
DAVID SHELBURG, SR., individually,
WESTERN DISTRIBUTORS, LLC, an Arizona limited liability company, and
JIM REILLY, individually,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Amend Complaint** [docket no. 32, filed April 1, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached First Amended Complaint for filing.


DATED: April 2, 2008