IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02117-WYD-BNB

MCDEAL INVESTMENTS, LLLP, a Colorado limited liability limited partnership,

Plaintiff,

v.

CHINA MOTOR CORPORATION, an Arizona corporation,
DAVID SHELBURG, SR., individually,
WESTERN DISTRIBUTORS, LLC, an Arizona limited liability company, and
JIM REILLY, individually,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **May 19, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 16, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge