IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02117-WYD-BNB

MCDEAL INVESTMENTS, LLLP, a Colorado limited liability limited partnership,

Plaintiff,

v.

CHINA MOTOR CORPORATION, an Arizona corporation,
DAVID SHELBURG, SR., individually,
WESTERN DISTRIBUTORS, LLC, an Arizona limited liability company, and
JIM REILLY, individually,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Obtain Transcript** [docket no. 41, filed May 27, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  Due to the confidential nature of settlement discussions, once this transcript is filed in Court, it is to remain UNDER SEAL.


DATED:  May 28, 2008