IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02117-WYD-BNB

MCDEAL INVESTMENTS, LLLP, a Colorado limited liability limited partnership,

Plaintiff,

v.

CHINA MOTOR CORPORATION, an Arizona corporation,
DAVID SHELBURG, SR., individually,
WESTERN DISTRIBUTORS, LLC, an Arizona limited liability company, and
JIM REILLY, individually,

Defendants.

## ORDER

The parties appeared this morning for a status conference to discuss matters related to the settlement announced on April 15, 2008. Consistent with matters discussed at the status conference:

IT IS ORDERED that a settlement conference will be held on **August 13, 2008, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit an updated confidential settlement statement to the magistrate judge on or before **August 6, 2008**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar

amount the client will accept or pay in settlement and any other essential terms of a settlement.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to mail a copy of this order to the following, counsel for non-parties China Motor Corporation and David Shelburg, Sr.:

>Thomas K. Chenal, Esq.
>7047 E. Greenway Parkway, Suite 155
>Scottsdale, AZ 82524
>(480) 624-2714
>tchenal@mhplaw.com

Dated June 5, 2008.

>BY THE COURT:
>
>s/ Boyd N. Boland
>United States Magistrate Judge