IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02117-WYD-BNB

MCDEAL INVESTMENTS, LLLP, a Colorado limited liability limited partnership,

Plaintiff,

v.

CHINA MOTOR CORPORATION, an Arizona corporation,
DAVID SHELBURG, SR., individually,
WESTERN DISTRIBUTORS, LLC, an Arizona limited liability company, and
JIM REILLY, individually,

Defendants.

_____

**ORDER**
_____

The parties appeared this afternoon for a status conference, at which time I was informed that the parties intend to dismiss this action. Consistent with the discussion at the status conference:

IT IS ORDERED that on or before **September 24, 2008**, the parties shall file a stipulation or motion to dismiss, pursuant to Fed. R. Civ. P. 41(a).

Dated September 9, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge