IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-02117-WYD-BNB

McDEAL INVESTMENTS, LLLP, a Colorado limited liability limited partnership,

    Plaintiff,

v.

CHINA MOTOR CORPORATION, an Arizona corporation;
DAVID SHELBURG, SR., individually;
WESTERN DISTRIBUTORS, LLC, an Arizona limited liability company; and
JIM REILLY, individually,

    Defendants.

## ORDER OF DISMISSAL OF PARTIES

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Plaintiff's Claims Against Western Distributors, LLC and Jim Reilly Without Prejudice (docket #54), filed September 23, 2008.  After carefully reviewing the above-captioned matter, I find that this stipulated motion should be granted.  Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss Plaintiff's Claims Against Western Distributors, LLC and Jim Reilly Without Prejudice (docket #54) is **GRANTED.**  It is

FURTHER ORDERED that all claims between Plaintiff and Defendants Western Distributors, LLC and Jim Reilly shall be **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs and attorneys' fees.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the caption to

reflect this dismissal.

Dated: September 24, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge