IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02117-PAB-BNB

McDEAL INVESTMENTS, LLLP,

    Plaintiff,

v.

CHINA MOTOR CORPORATION and
DAVID SHELBURG, SR.,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon plaintiff's Motion to Dismiss Plaintiff's Claims Against China Motor Corporation and David Shelburg, Sr. with Prejudice [Docket No. 64]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion To Dismiss [Docket No. 64] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all of plaintiff's claims asserted against defendants China Motor Corporation and David Shelburg, Sr. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 9, 2009.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge